PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
GEORGE S. KHOURY (STATE BAR NO. 269738)
PRICE AND ASSOCIATES
A Professional Law Corporation
The Latham Square Building
1611 Telegraph Avenue, Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pypesq@aol.com

Attorneys for Plaintiff
RICHARD O. JACKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD O. JACKS,

    Plaintiff,

v.

CHEVRON CORPORATION, PAUL MORAN and KEVIN HOFER, DOES 1 through 15 inclusive,

    Defendants.

NO. C09-4523 JSW

**STIPULATION ENLARGING DATE FOR MEDIATION AND ORDER THEREON**

DATE: JUNE 15, 2010

The parties, by and through their respective counsels of record, hereby stipulate and agree that the mediation scheduled to occur on or before June 28, 2010 may and shall be continued to another date to occur on or before August 30, 2010. Good cause exists for this enlargement of time because of the Plaintiff's unexpected development of a serious medical condition that requires the Plaintiff's undivided attention.

Dated: June 15, 2010

PRICE AND ASSOCIATES

    /s/ *Pamela Y. Price*
PAMELA Y. PRICE, Attorneys for Plaintiff
RICHARD O. JACKS

STIPULATION AND ORDER CONTINUING MEDIATION (C09-4523 JSW)

| | |
|---|---|
| Dated: June 16, 2010 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br><br>_____<br>ANGELA M. ARROYO, Attorneys for Defendants CHEVRON U.S.A. INC, PAUL MORAN and KEVIN HOFER |



IT IS SO ORDERED
Judge Jeffrey S. White

Dated: June 17, 2010