| | |
|---|---|
| 1 | PILLSBURY WINTHROP SHAW PITTMAN LLP<br>MARCIA L. POPE #124878 |
| 2 | marcia.pope@pillsburylaw.com<br>ANGELA M. ARROYO #266497 |
| 3 | angela.arroyo@pillsburylaw.com<br>50 Fremont Street |
| 4 | Post Office Box 7880<br>San Francisco, CA 94120-7880 |
| 5 | Telephone: (415) 983-1000<br>Facsimile: (415) 983-1200 |
| 6 | |
| 7 | Attorneys for Defendants<br>CHEVRON U.S.A. INC., PAUL MORAN and KEVIN HOFER |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD O. JACKS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>CHEVRON CORPORATION, PAUL MORAN and KEVIN HOFER,<br><br>　　　　　　　Defendants. | No. C09-04523 JSW<br><br>[PROPOSED] ORDER GRANTING STIPULATION ~~ADMINISTRATIVE MOTION~~ TO EXTEND DEADLINE FOR COMPLETION OF MEDIATION<br><br>Date: September 23, 2010<br>Courtroom: 11 |

The parties to this action have submitted an administrative motion to extend the deadline for completing mediation in this case to October 28, 2010. Good cause appearing therefore, the last date for mediation in this case shall be, and hereby is, extended to and including October 28, 2010.

Dated: ~~September~~ October 14, 2010

By: /s/ Jeffrey S. White
Hon. Jeffrey S. White
United States District Judge