IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD O. JACKS,

    Plaintiff,

v.

CHEVRON CORPORATION, PAUL MORAN and KEVIN HOFER,

    Defendants.

No. C 09-04523 JSW

**ORDER RE MOTIONS FOR RELIEF FROM NONDISPOSITIVE ORDER**

    The Court has received two motions for relief from nondispositive pretrial rulings from Magistrate Judge Spero. The Court mistakenly granted Defendants' motion without seeking additional briefing from Plaintiff and HEREBY VACATES that order (docket no. 60). *See* N.D. Civ. L.R. 72-2. The Court HEREBY ORDERS Plaintiff to file a responsive brief of no longer than five pages to Defendants' motion (docket no. 52) and Defendants to file a responsive brief of no longer than five pages to Plaintiff's motion (docket no. 54) by no later than June 27, 2011. Thereafter, Court will rule on the motions.

    **IT IS SO ORDERED.**

Dated: June 22, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE