IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD O. JACKS,

    Plaintiff,

No. C 09-04523 JSW

v.

CHEVRON CORPORATION,

**ORDER**

    Defendant.
_____/

Now before the Court are three motions: (1) motion for relief from nondispositive pretrial order of Magistrate Judge filed by defendant Chevron Corporation and the individual defendants Paul Moran and Kevin Hofer; (2) motion for relief from nondispositive pretrial order of Magistrate Judge filed by plaintiff Richard O. Jacks; and (3) motion to modify pretrial scheduling order filed by Plaintiff. The Court finds the motions suitable for disposition without oral argument. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for July 29, 2011, is HEREBY VACATED. Having carefully reviewed the parties' papers and considered their arguments and the relevant legal authority, and good cause appearing, the Court rules as follows.

    (1)    The Court GRANTS Defendants' motion for limitation on discovery at this juncture. Should the financial information of the individual defendants become relevant in the calculation of damages, the Court shall require the production of requested documents and shall permit Plaintiff sufficient time to review the documents and prepare for a punitive damages claim, if applicable.

(2)     The Court GRANTS IN PART Plaintiff's motion for additional discovery in response to his First Set of Interrogatories, responses 1 and 2. Although the Court agrees that the personal contact information of the various individuals should be protected, the Court requires that Defendants supplement their answer by indicating all demographic information pertaining to the individuals who were disciplined in a fashion similar to Plaintiff.

(3)     The Court DENIES Plaintiff's motion to modify the pretrial scheduling order for failure to show good cause for reopening discovery. Counsel's inadvertent oversight does not constitute good cause.

**IT IS SO ORDERED.**

Dated:   June 29, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2