1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    MARCIA L. POPE  #124878
2   marcia.pope@pillsburylaw.com
    ANA N. DAMONTE #215504
3   ana.damonte@pillsburylaw.com
    50 Fremont Street
4   Post Office Box 7880
    San Francisco, CA  94120-7880
5   Telephone: (415) 983-1000
    Facsimile: (415) 983-1200
6
    Attorneys for Defendants
7   CHEVRON U.S.A. INC., PAUL MORAN
    and KEVIN HOFER
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11

12   _____
                                             )
     RICHARD O. JACKS,                       )        No. C09-4523 JSW
13                                           )
                            Plaintiff,       )        ORDER APPROVING STIPULATION
14                                           )        TO EXTEND LAST DAY FOR
            vs.                              )        EXPERT WITNESS DISCLOSURE
15                                           )
     CHEVRON CORPORATION, PAUL               )
16   MORAN and KEVIN HOFER,                  )
                                             )
17                          Defendants.      )
                                             )
18                                           )
     _____)
19

20          The Court having considered the Stipulation to Extend Last Day for Expert Witness

21   Disclosure ("Stipulation") filed by the parties herein,

22          IT IS HEREBY ORDERED THAT:

23          1.      The Stipulation is approved in its entirety;

24          2.      The last day for expert witness disclosure shall be extended through and

25   including August 23, 2011.

26

27

28

1          3.      The last day to complete expert witness discovery shall remain November 28,

2    2011.

3

4    Dated:  ___August 4_____, 2011

5                                                        By: _____

6                                                               Hon. Jeffrey S. White
                                                              United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING STIP. TO EXTEND EXPERT
WITNESS DISCLOSURE DATE
Case No. C09-04523 JSW