PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: pamela.price@pypesq.com

Attorneys for Plaintiff
RICHARD O. JACKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD O. JACKS,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION, PAUL MORAN and KEVIN HOFER, DOES 1 through 15 inclusive,<br><br>    Defendants. | NO. C09-4523 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING AND HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>DATE: SEPTEMBER 9, 2011 |

    The parties, by and through their respective counsels of record, hereby stipulate and jointly request the Court's authorization and Order to enlarge the dispositive motion schedule in this action and set a hearing before December 23, 2011. Good cause exists for this enlargement of time because Plaintiff's counsel has been in trial and unavailable to prepare a meaningful and/or complete opposition to Defendants' Motion for Summary Judgment. The parties request a brief extension of time to permit Plaintiff to prepare an opposition to Defendants' Motion for Summary Judgment and a hearing date for the dispositive motion at its convenience at the earliest practicable opportunity excluding December 23 or 30th.

The parties have agreed to the following modified dispositive motion schedule:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Plaintiff's Opposition to Dispositive Motion | September 9, 2011 | September 23, 2011 |
| Defendants' Reply Brief | September 16, 2011 | October 14, 2011 |
| Dispositive Motion Hearing | September 30, 2011 | TBD |

Dated:   September 9, 2011              PRICE AND ASSOCIATES


                                                 /s/ *Pamela Y. Price*
PAMELA Y. PRICE, Attorneys for Plaintiff
RICHARD O. JACKS

Dated: September 9, 2011              PILLSBURY WINTHROP SHAW PITTMAN LLP


                                               /s/ *Marcia L. Pope*
MARCIA L. POPE, Attorneys for Defendants
CHEVRON U.S.A. INC, PAUL MORAN and KEVIN HOFER

## ORDER

The Court having read and considered the parties' stipulation to continue briefing and hearing on Defendants' Motion for Summary Judgment, and good cause appearing therefore, the Court adopts the following schedule:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Plaintiff's Opposition to Dispositive Motion | September 9, 2011 | September 23, 2011 |
| Defendants' Reply Brief | September 16, 2011 | October 14, 2011 |

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Dispositive Motion Hearing | September 30, 2011 | December 16, 2011 |

**IT IS SO ORDERED**.

Dated: September 12, 2011

_____
HON. JEFFREY S. WHITE
UNITED STATES DISTRICT COURT